# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA UNTRAUER, | : | No.: 4:18-CV-00575 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CRACKER BARREL OLD COUNTRY STORE, INC., d/b/a CRACKER BARREL | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 31st day of August 2018, the parties having filed a joint stipulation and order of dismissal, ECF No. 11, that they stipulate and agree to the voluntary dismissal of this action, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice and with each party to bear their own attorneys' fees and costs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge